IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Deezer S.A.,<br><br>    Defendant. | Civil Action No. 4:21-cv-00090-ALM<br><br>Jury Trial Demanded |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff R2 Solutions LLC files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

The parent company of R2 Solutions LLC is Acacia Research Group LLC.  The parent company of Acacia Research Group LLC is Acacia Research Corporation, which is publicly-traded.

**Date: January 29, 2021**　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward R. Nelson III*
　　　　　　　　　　　　　　　　　　　　　**EDWARD R. NELSON III**
　　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 00797142
　　　　　　　　　　　　　　　　　　　　　**BRENT N. BUMGARDNER**
　　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 00795272
　　　　　　　　　　　　　　　　　　　　　**ANDREW J. WRIGHT**
　　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 24063927
　　　　　　　　　　　　　　　　　　　　　**CHRISTOPHER G. GRANAGHAN**
　　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 24078585
　　　　　　　　　　　　　　　　　　　　　**HILL BRAKEFIELD**
　　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 24110604
　　　　　　　　　　　　　　　　　　　　　**NELSON BUMGARDNER ALBRITTON PC**
　　　　　　　　　　　　　　　　　　　　　3131 West 7th Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76107

817.377.9111
ed@nbafirm.com
brent@nbafirm.com
andrew@nbafirm.com
chris@nbafirm.com
hill@nbafirm.com

**COUNSEL FOR**
**PLAINTIFF R2 SOLUTIONS LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 29, 2021.

                                                                /s/ Edward R. Nelson III