IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Deezer S.A.,<br><br>　　　　　Defendant. | Civil Action No. 4:21-cv-00090-ALM<br><br>Jury Trial Demanded |

## NOTICE OF APPEARANCE

Plaintiff R2 Solutions LLC files this Notice of Appearance and hereby notifies the Court that Brent N. Bumgardner of Nelson Bumgardner Albritton PC, 3131 West 7th Street, Suite 300, Fort Worth, TX 76107, is appearing on behalf of Plaintiff R2 Solutions LLC in the above-referenced matter.

Dated: January 29, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Brent N. Bumgardner*
　　　　　　　　　　　　　　　　　　　　**BRENT N. BUMGARDNER**
　　　　　　　　　　　　　　　　　　　　STATE BAR NO. 00795272
　　　　　　　　　　　　　　　　　　　　**NELSON BUMGARDNER ALBRITTON PC**
　　　　　　　　　　　　　　　　　　　　3131 West 7th Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76107
　　　　　　　　　　　　　　　　　　　　817.377.9111
　　　　　　　　　　　　　　　　　　　　brent@nbafirm.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR THE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon all counsel of record on January 29, 2021, via the Court's CM/ECF system.

*/s/ Brent N. Bumgardner*
Brent N. Bumgardner