# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Deezer S.A.,<br><br>        Defendant. | Civil Action No. 4:21-cv-00090-ALM<br><br>Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Deezer S.A. ("Deezer") hereby state that they have resolved the matters in controversy between them.  Accordingly, R2 Solutions and Deezer stipulate that any and all claims by and between R2 Solutions and Deezer in the above-captioned action shall be dismissed WITH PREJUDICE.

For this reason, R2 Solutions and Deezer ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses, and attorneys' fees.

**Dated:**  March 18, 2022                              Respectfully submitted,

*/s/ Edward R. Nelson III*                              */s/ Michael A. Oblon*
Edward R. Nelson III                                    Michael A. Oblon
State Bar No. 00797142                                  Admitted *pro hac vice*
Brent N. Bumgardner                                     Email: moblon@jonesday.com
State Bar No. 00795272                                  **JONES DAY**
Christopher G. Granaghan                                51 Louisiana Avenue, N.W.
State Bar No. 24078585                                  Washington, DC 20001
John P. Murphy                                          Telephone: (202) 879-3939
State Bar No. 24056024                                  Facsimile: (216) 579-0212
Carder W. Brooks

State Bar No. 24105536
**NELSON BUMGARDNER CONROY PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
ed@nelbum.com
brent@nelbum.com
chris@nelbum.com
murphy@nelbum.com
carder@nelbum.com

**COUNSEL FOR PLAINTIFF
R2 SOLUTIONS LLC**

Keith B. Davis
Texas State Bar No. 24037895
Email: kbdavis@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 959-5100

**COUNSEL FOR DEFENDANT
DEEZER S.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on March 18, 2022 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*