IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Deezer S.A.,<br><br>　　　　　Defendant. | Civil Action No. 4:21-cv-00090-ALM<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal With Prejudice of Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant Deezer S.A. ("Deezer") pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, which the Court accepts and acknowledges, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims by and between R2 Solutions and Deezer in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 21st day of March, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE